UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAJESTIC ZULU,

        Plaintiff,

   v.

CISNEROS,

        Defendant.

Case No. 22-cv-04639-JSW

**ORDER OF DISMISSAL**

On August 11, 2022, Plaintiff, a California prisoner proceeding pro se, filed a letter concerning his medical care. The same day, the Clerk opened this case notified Plaintiff that he needed to file a Complaint and an application to proceed in forma pauperis ("IFP") or pay the filing fee, within 28 days. The Clerk mailed to Plaintiff the Court's form Complaint, IFP form, instructions, and a stamped return envelope. In the deficiency notice, Plaintiff was informed that the case would be dismissed if he did not file a Complaint and either pay the filing fee or file a completed IFP application before the deadline. No response has been received from Plaintiff. Accordingly, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 23, 2022

JEFFREY S. WHITE
United States District Judge