UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJESTIC ZULU,<br><br>        Plaintiff,<br><br>    v.<br><br>CISNEROS,<br><br>        Defendant. | Case No. 22-cv-04639-JSW<br><br>**JUDGMENT** |

The judgment of dismissal is entered.

IT IS SO ORDERED.

Dated: September 23, 2022

_____
JEFFREY S. WHITE
United States District Judge